# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 216TH JUDICIAL DISTRICT COURT OF GILLESPIE COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on September 9, 2015, the cause upon appeal to revise or reverse your judgment between

Ark Dimension 4, Inc. and Robert Pospisil, Appellant

V.

Michelle Griffith, Personal Representative of the Estate of Dell O. Amy, deceased, Appellee

No. 04-15-00035-CV and Tr. Ct. No. 12575A

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion issued this date, we REVERSE the trial court's judgment signed October 15, 2014, and RENDER judgment in accordance with the terms of the settlement agreement between the parties. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(c). Costs of appeal are taxed against the parties who have incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on November 17, 2015.

KEITH E. HOTTLE, CLERK


Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00035-CV

**Ark Dimension 4, Inc. and Robert Pospisil**

**v.**

**Michelle Griffith, Personal Representative of the Estate of Dell O. Amy, deceased**

(NO. 12575A IN 216TH JUDICIAL DISTRICT COURT OF GILLESPIE COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | DAVID SNELL |
| MOTION FEE | $10.00 | E-PAID | DAVID SNELL |
| MOTION FEE | $10.00 | E-PAID | DAVID SNELL |
| MOTION FEE | $10.00 | E-PAID | DAVID CLAY SNELL |
| FILING | $100.00 | E-PAID | DAVID SNELL |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | DAVID SNELL |
| INDIGENT | $25.00 | E-PAID | DAVID SNELL |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | DAVID SNELL |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this November 17, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853